FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANEL BEHLER, a married woman,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS, INC., a New Jersey Corporation,<br><br>Defendant. | No.   2:14-CV-0386-SMJ<br><br>**ORDER GRANTING JOINT MOTIONS FOR PROTECTIVE ORDER AND TO EXTEND DISCOVERY DEADLINES** |

Before the Court, without oral argument, are the parties' Joint Motion for Stipulated Protective Order, ECF No. 19, Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines, ECF No. 20, and a Motion to Expedite both motions, ECF No. 22.  Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds good cause to grant all three motions.

//

//

//

//

//

//

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion to Expedite, **ECF No. 22**, is **GRANTED**.

2. The parties' Joint Motion for Stipulated Protective Order, **ECF No. 19**, is **GRANTED**.

    A. Pursuant to Federal Rule of Civil Procedure 26(c), the Court adopts and enters the parties' Stipulated Protective Order, **ECF No. 19-1**.

3. The parties' Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines, **ECF No. 20**, is **GRANTED**.

    A. The deadline to complete discovery is **January 29, 2016**.

    B. The dispositive motion deadline is **February 19, 2016**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of November 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge