# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JANET BEHLER

*Plaintiff*

v.                                            Civil Action No.  2:14-CV-00386-SMJ

JANSSEN PHARMACEUTICALS, INC.

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Partial Summary Judgment is DENIED.
Defendant's Motion for Summary Judgment is GRANTED.
Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mendoza, Jr.,  on motions for Summary Judgment.

Date:  July 12, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy